# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RODOLFO G. PEREZ
P.O. BOX 4704
ROCKFORD, IL 61110

SSN-xxx-xx-4869

Case Number: 05-73563

Case filed on: 7/15/2005
Plan Confirmed on: 9/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,610.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 842.32 | 842.32 | 842.32 | 0.00 |
| | Total Priority | 842.32 | 842.32 | 842.32 | 0.00 |
| 999 | RODOLFO G. PEREZ | 0.00 | 0.00 | 520.41 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 520.41 | 0.00 |
| 001 | MIDFIRST BANK | 891.68 | 891.68 | 891.68 | 0.00 |
| 015 | MIDFIRST BANK | 52,836.86 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 53,728.54 | 891.68 | 891.68 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 36.68 | 36.68 | 36.68 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 304.95 | 304.95 | 304.95 | 0.00 |
| 006 | CAPITAL ONE | 372.27 | 372.27 | 372.27 | 0.00 |
| 007 | CAPITAL ONE | 512.35 | 512.35 | 512.35 | 0.00 |
| 008 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COLUMBUS BANK & TRUST CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 339.21 | 339.21 | 339.21 | 0.00 |
| 011 | COTTONWOOD FINANCIAL | 865.71 | 865.71 | 865.71 | 0.00 |
| 012 | RHONDA PEREZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ADVANCE AMERICA | 673.00 | 673.00 | 673.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 560.00 | 560.00 | 560.00 | 0.00 |
| | Total Unsecured | 3,664.17 | 3,664.17 | 3,664.17 | 0.00 |
| | Grand Total: | 60,435.03 | 7,598.17 | 8,118.58 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $8,118.58 |
| Trustee Allowance: | $491.42 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2008 By /s/Heather M. Fagan